JAMES C. HOLLAND, 134233
Attorney at Law
134 North Conyer Street
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for Plaintiff John Duran

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURAN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PORTERVILLE, JOHN LOLLIS, PORTERVILLE POLICE DEPARTMENT, CHUCK MCMILLAN AND RICHARD STANDRIDGE, <br><br> Defendants. | Case No: 12:-CV-01239-LJO-BAM <br><br> STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE <br><br> **NEW DATE:** May 16, 2013 <br> **TIME:** 8:30 a.m. <br> **CTRM:** 8 (6th Floor) <br> Barbara A. McAuliffe <br> U.S. Magistrate Judge |

To all interested parties, please take notice that in view of the fact that individual named defendants Chuck McMillan and Richard Standridge remain unserved and have not yet otherwise appeared in the captioned matter, Plaintiff and Defendant City of Porterville, by and through counsel of record, do hereby agree and stipulate that the Scheduling Conference now set March 27th, 2013, at 9:00 a.m., should be continued to April 23, 26 or 30th, May 13, 14, 16 or 17, or a date proximate thereto that is convenient to the

///

///

///

///

1

Court's calendar, so as to allow said individual defendants to be served and to appear.

Dated: March 20, 2013                    /s/ James C. Holland
                                          James C. Holland, Attorney for Plaintiff
                                          John Duran

                                          NELSON-ROZIER

Dated: March 20, 2013                     /s/ Ryan Nelson
                                     By:  Ryan Nelson, Attorneys for Defendant
                                          City of Porterville

## ORDER

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED that the Scheduling Conference is continued from March 27, 2012 at 9:00am to **May 16, 2013 at 8:30 AM in Courtroom 8 before Judge McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov. The parties may appear by telephone.

  IT IS SO ORDERED.

  **Dated:   March 20, 2013**            /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE